```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**Christopher Stallings**

    **v.**                                                  Case No. 09-cv-375-PB

**United States of America**

### O R D E R

Petitioner has waived the attorney-client privilege to the extent necessary to permit the government to investigate and respond to petitioner's allegation that he was denied the effective assistance of counsel  The government shall respond to the petition within 30 days.

SO ORDERED.

                                                /s/Paul Barbadoro
                                                Paul Barbadoro
                                                United States District Judge

December 14, 2009

cc:  Christopher Stallings, pro se
     Aixa Maldonado-Quinones, Esq.